GERBER and YAGGI v. UHLMANN–STRAU-
BEL CO.
No. 4966.

Circuit Court of Appeals, Seventh Circuit.
Nov. 17, 1933.

James N. Lorenz, of Chicago, Ill., for appellants.

John T. Chadwell, of Chicago, Ill., for appellee.

Before SPARKS, FITZHENRY, and PAGE, Circuit Judges.

PER CURIAM.

This cause came on to be heard on the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, and was argued by counsel.

On consideration whereof, it is now here ordered and adjudged by this court that the judgment of the said District Court in this cause be, and the same is hereby, affirmed, with costs.

—————

In Re Louis D. GLANZ, Bankrupt.

Louis D. GLANZ v. UNITED AMERICAN
TRUST & SAVINGS BANK et al.
No. 4929.

Circuit Court of Appeals, Seventh Circuit.
Nov. 10, 1933.
Rehearing Denied Jan. 6, 1934.

Jacob Levy, of Chicago, Ill., for appellant.

Frank Michels, of Chicago, Ill., for appellee United American Trust & Savings Bank.

Frank D. Mayer, of Chicago, Ill., for appellee Continental Illinois Bank & Trust Co.

Before EVANS, FITZHENRY, and PAGE, Circuit Judges.

PER CURIAM.

This cause came on to be heard from the transcript of the record from the District Court of the United States for the Northern District of Illinois, Eastern Division, and was argued by counsel. On consideration whereof, it is now here ordered, adjudged, and decreed by this court that the order of decree of the said District Court in this cause appealed from be, and the same is hereby, affirmed, with costs.

—————

R. D. GOAD v. UNITED STATES of America.
No. 6474.

Circuit Court of Appeals, Sixth Circuit.
May 9, 1933.

Paul Williams, of Nashville, Tenn., for appellant.

A. V. McLane, U. S. Atty., of Nashville, Tenn.

PER CURIAM.

Docketed and dismissed, pursuant to motion of appellee.